

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>Jose Angel SANCHEZ<br><br>    Defendant | Magistrate Case No.:<br><br>'07 MJ 8997<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 841(a)(1)<br><br>Possession of Controlled Substance with Intent to Distribute (Felony) |

The undersigned complainant being duly sworn states:

That on or about December 18, 2007, within the Southern District of California, defendant Jose Angel SANCHEZ did knowingly and intentionally possess, with intent to distribute approximately 7.0 grams of heroin, A Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

The complainant states that this complaint is based on the attached statement of facts incorporated herein by reference.

                                        Michael Ortiz, Special Agent
                                        Drug Enforcement Administration

    Sworn to before me and subscribed in my presence this 19th day of December 2007.

                                        Peter C. Lewis
                                        UNITED STATES MAGISTRATE JUDGE

**UNITED STATES OF AMERICA**
    v.
**Jose Angel SANCHEZ**

## STATEMENT OF FACTS

I, Special Agent Michael Ortiz, declare under penalty of perjury, the following statement is true and correct:

On December 18, 2007, at approximately 7:00 A.M., Drug Enforcement Agents assigned to the Imperial County District Office along with Task Force Officers from the Riverside County Sheriff's Department executed a California state search warrant at the residence of 1282 Nile Drive, Salton City, California. In addition, agents and Task Force Officers executed an arrest warrant issued by Clarke County Nevada for Jose Angel SANCHEZ at the aforementioned residence.

During the search of the residence, agents found approximately 7.0 grams of heroin inside of a dresser drawer in the master bedroom which was being occupied by SANCHEZ at the time of his arrest.

A Mecke's (Modified) Reagent test kit was utilized to test the substance, which tested positive for heroin.

At approximately 8:42 A.M., S/A Niebla read SANCHEZ his Miranda warnings verbatim in the English language from a DEA 13A card as witnessed by S/A Ortiz. SANCHEZ acknowledged and waived his rights. SANCHEZ admitted that the heroin was his. SANCHEZ stated that a friend gave it to him (SANCHEZ), but he (SANCHEZ) doesn't use it (heroin).